IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 00-10995 BKT |
| MIRIAM GUTIERREZ MARTINEZ | Chapter 13 |
| | |
| XXX-XX-5489 | |
| | **FILED & ENTERED ON 04/30/2013** |
| Debtor(s) | |

ORDER AND NOTICE

The above case is reassigned to the undersigned and it is reopen to dispose of the unclaimed funds deposited in the same.

SO ORDERED.

San Juan, Puerto Rico, this 30 day of April, 2013.

Brian K. Tester
U.S. Bankruptcy Judge

cc: All creditors